IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROOSSEVELT GOGUETTE and
KATHLEEN T. GOGUETTE,

   Plaintiffs,

     v.

U.S. BANK NATIONAL
ASSOCIATION
as Trustee for Registered Holders of
First Franklin Mortgage Loan Trust,
Mortgage Assets-Backed Certificates,
Series 2007-FF1,

   Defendant.

CIVIL ACTION FILE
NO. 1:15-CV-3826-TWT

**ORDER**

This is an action seeking damages for wrongful foreclosure. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending dismissing the action for failure to state a claim. Given the vague description of Kathleen Goguette's description of her interest in the property at the time of her Chapter 13 bankruptcy proceeding, the statement in the Plaintiffs' Objections that she is now on the title is insufficient to save the Plaintiffs' cause of action. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

T:\ORDERS\15\Goguette\r&r.wpd

SO ORDERED, this 7 day of October, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge