IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROOSSEVELT GOGUETTE and
KATHLEEN T. GOGUETTE,

   Plaintiffs,

v.

U.S. BANK NATIONAL
ASSOCIATION
as Trustee for Registered Holders of
First Franklin Mortgage Loan Trust,
Mortgage Assets-Backed Certificates,
Series 2007-FF1,

   Defendant.

CIVIL ACTION FILE
NO. 1:15-CV-3826-TWT

**ORDER**

This is an action seeking damages for wrongful foreclosure. It is before the Court on the Report and Recommendation [Doc. 35] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 31]. The Plaintiff's Motion for Extension of Time [Doc. 39] is DENIED. The Plaintiff has had one extension and two months to file objections to the Report and Recommendation. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 31] is GRANTED.

SO ORDERED, this 24 day of August, 2018.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge